IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:06CV441

| | |
|---|---|
| SHAWN ERIC WARD, PHILLIP W. MITCHELL, ISAIAH RAHEEM WILDER, AUGUSTA AYERS, and CHRISTOPHER ANDERSON, on behalf of himself and others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> FAMILY DOLLAR STORES, INC., <br><br> Defendant. | **ORDER GRANTING MOTION TO ADMIT JOHN A. YBARRA** *PRO HAC VICE* |

**THIS MATTER** is before the Court upon the Motion to Admit John A. Ybarra *Pro Hac Vice* filed by Jerry H. Walters, Jr., requesting that John A. Ybarra of the Illinois Bar be admitted to appear as additional counsel for Defendant Family Dollar Stores, Inc. in the above-captioned civil action. It appears to the Court that the Motion should be allowed.

**IT IS, THEREFORE, ORDERED** that John A. Ybarra be granted special admission to the Bar of this Court and that he be allowed to appear in this civil action as attorney of record for the defendant along with co-counsel, Jerry H. Walters, Jr., who is a member in good standing of the Bar of this Court, and Littler Mendelson, P.C.

Signed: May 31, 2007

David C. Keesler
United States Magistrate Judge