IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:06CV441**

SHAWN ERIC WARD, *et al*,
    Plaintiffs,

v.

FAMILY DOLLAR STORES, INC.
    Defendant.

_____

## **ORDER**

THIS MATTER IS BEFORE THE COURT on its own motion.

IT IS HEREBY ORDERED that parties are directed to participate in a telephone status conference on **July 10, 2007 at 2:00 p.m.** Judge Chambers will initiate the phone call.

IT IS SO ORDERED.

    Signed: June 26, 2007

    Graham C. Mullen
    United States District Judge