# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
#### 3:06CV441

| | | |
|---|---|---|
| SHAWN ERIC WARD, | ) | |
| PHILLIP W. MITCHELL, | ) | |
| ISAIAH RAHEEM WILDER, | ) | |
| AUGUST AYERS, and | ) | |
| CHRISTOPHER ANDERSON, | ) | |
| on behalf of himself and all others | ) | |
| similarly situated, | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| FAMILY DOLLAR STORES, INC., | ) | |
| Defendant. | ) | |
| | ) | |

THIS MATTER is before the Court upon Plaintiffs' Motion for Clarification (Document # 64. Plaintiffs ask for clarification in the Court's September 18, 2007 Order in which it fails to reference the fact that Plaintiffs had indeed already moved for facilitation of Notice. (Document #63). The Court acknowledges this mistake and hereby DENIES the Plaintiffs' Motion to Facilitate Notice (Document #39).

This case is identical to four other cases before this Court (Slater v. Family Dollar, 3:07cv501; Grace v. Family Dollar, 3:06cv306; Fowler v. Family Dollar, 3:07cv316; and Blake v. Family Dollar, 3:07cv244). Each case has the same defendant, defense counsel, plaintiffs' counsel, and basis for the action. In Grace, this Court has already denied Plaintiffs' Motion to Facilitate Notice.

For the exact same reasons, Plaintiffs' Motion to Facilitate Notice is hereby DENIED.

Plaintiffs' Motion for Clarification is MOOT

The parties are directed to conduct an initial attorneys conference and submit a discovery

plan to the Court within THIRTY days.


IT IS SO ORDERED.



Signed: January 22, 2008

Graham C. Mullen
United States District Judge