# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Shawn Eric Ward,

    Plaintiff(s),                           JUDGMENT IN A CIVIL CASE

vs.                                         3:08md1932

Family Dollar Stores Inc.,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/16/12 Order dismissing claims of Plaintiff Shawn Eric Ward against Family Dollar Stores, Inc.

                                                Signed: August 16, 2012

                                                Frank G. Johns, Clerk
                                                United States District Court