# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Mamie Conway,

        Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                          3:08-MD-1932

Family Dollar,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 22, 2012 Order.

                                      Signed: August 22, 2012

                                      *Frank G. Johns*
                                      Frank G. Johns, Clerk
                                      United States District Court