# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Barbara Tucker,

    Plaintiff(s),                              JUDGMENT IN A CIVIL CASE

vs.                                             3:08-md-1932

Family Dollar Stores, Inc.,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 24, 2012 Order.

                                            Signed: August 24, 2012

*Frank G. Johns, Clerk*
*United States District Court*