# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Christopher Anderson,

        Plaintiff(s),                       JUDGMENT IN A CIVIL CASE

vs.                                                3:08md1932

Family Dollar Stores, Inc.,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 27, 2012 Order.

                                                   Signed: August 28, 2012

                                                   Frank G. Johns, Clerk
                                                   United States District Court